UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | EDMI Case No. 06-CR-20352-02 |
| vs. | ) | EDTN Mag. No. 1-10-mj-357 |
| | ) | |
| KENYETTA REED | ) | |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on November 15, 2010, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on a Petition for Warrant or Summons for Offender Under Supervision out of the Eastern District of Michigan. Those present for the hearing included:

(1) AUSA Christopher Poole for the USA.
(2) The defendant, KENYETTA REED.
(3) Attorney Mary Ellen Coleman for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Attorney Mary Ellen Coleman of Federal Defender Services was appointed to represent the defendant. It was ascertained defendant had been provided with a copy of the Petition and Warrant and had the opportunity of reviewing those documents with Atty. Coleman. It was determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Poole moved defendant be detained without bail pending a hearing in the Eastern District of Michigan.

Findings

(1) The defendant waived his Rule 5 identity hearing. The defendant asked to have a hearing on the Petition in the Eastern District of Michigan.

1

Conclusions

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Eastern District of Michigan.

(2) The U.S. Marshal shall transport defendant to the Eastern District of Michigan for a hearing on a date to be determined once defendant is in said district.

ENTER.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE